# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-4508-E | Date | October 4, 2022 |
| Title | UNITED AFRICAN-ASIAN ABILITIES CLUB, ETC., ET AL. V. DAV - L 20211, LLC, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  **Attorneys Present for Defendants:**

None  None

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION**

This action was filed on June 30, 2022. Plaintiffs have not filed any proof of service of the Summons and Complaint. No Defendants have filed a response to the Complaint or a request for an extension of time to file a response to the Complaint, or otherwise has appeared in the action. Plaintiffs have not requested the entry of default.

The Court, on its own motion, orders Plaintiffs to show cause in writing, no later than October 25, 2022, why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to file a timely response to this Order may result in dismissal of the action.

cc: All Counsel of Record                               Initials of Deputy Clerk    VMUN