UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-4508-MWF(SKx)**                                              Date:  October 26, 2022

Title       **United African Asian Abilities Club, et al. v. DAV L 20211, LLC, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 30 2022.  (Docket No. 1).  On October 4, 2022, Magistrate Judge Eick issued an Order to Show Cause Re Dismissal for Lack of Prosecution ("Eick OSC"), requiring a response no later than October 25, 2022.  (Docket No. 8).  In response to the Eick OSC, Plaintiff filed a Proof of Service ("POS") reflecting personal service of the Summons, Complaint and other case initiating documents on July 28, 2022.  (Docket No. 9).

On October 25, 2022, this case was reassigned to Judge Michael W. Fitzgerald, and Magistrate Judge Steve Kim.  (Docket No. 10).

The Court **ORDERS** Plaintiff to again show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 4, 2022**.

■ BY DEFENDANT:  Response to the Complaint.

    OR

■ BY PLAINTIFF:  Application for Clerk to Enter Default.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-4508-MWF(SKx)**                                                    Date:  October 26, 2022

Title            **United African Asian Abilities Club, et al. v. DAV L 20211, LLC, et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to timely, fully respond to the Order to Show Cause will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm