UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 22-4508-MWF(SKx)**                                  Dated: **November 16, 2022**

Title:        United African Asian Abilities Club, et al. -*v*- DAV L 20211, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

**PROCEEDINGS (IN CHAMBERS):        COURT ORDER**

In light of the Notice of Settlement [12] filed November 4, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for December 19, 2022 at 11:30 a.m. All other hearings and deadlines are hereby vacated. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.

IT IS SO ORDERED.